IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MUSTAFA MITCHELL,<br><br>    Defendant. | NO. 1:11-CR-00270 AWI<br><br>ORDER ON STATE OF CALIFORNIA<br>WRIT FOR HABEAS CORPUS<br><u>AD</u> <u>PROSEQUENDUM</u> |

      On December 23, 2011, the Honorable James Quaschnick, Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of <u>People v. Mustafa Mitchell</u>, F10902185.

      The defendant is scheduled to appear before Judge Quaschnick on Friday, January 13, 2012, for his sentencing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. His next appearance before this Court is January 17, 2012. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is January 17, 2002, for a status conference:

      IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant on January 13, 2012, for purposes of ensuring his presence at the sentencing, but will return him to the custody of the United States Marshal immediately after the

proceeding has concluded on January 13, 2012.  Under no circumstances is the defendant to be released from Fresno County Jail before returning him to the custody of the United States Marshal or upon further order from this court.

IT IS SO ORDERED.

**Dated:    January 12, 2012**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE